UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

JASWANT SINGH, et al.,

        Defendants.

No. 2:15-cv-0173 CKD

ORDER

      Plaintiff's motion to compel came on regularly for hearing on May 11, 2016. Amanda Lockhart appeared telephonically for plaintiff. No appearance was made for defendants. Upon review of the documents in support, no opposition having been filed, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

      1. The motion to compel (ECF No. 21) is granted. No later than May 18, 2016, defendant Singh shall, without objection, provide responses to the interrogatories and produce responsive documents. Defendant is cautioned that failure to comply with this order may result in striking of defendant's answer and entry of default judgment against defendant.

/////

/////

/////

1

2. Reasonable expenses of $600 incurred in connection with the motion are awarded to plaintiff against defendant.

Dated:  May 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 singh0173.oah