UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASWANT SINGH, et al.,<br><br>　　　　Defendant. | No. 2:15-cv-0173 CKD PS<br><br><br>ORDER |

　　　　Calendared for hearing on July 6, 2016 is plaintiff's motion for sanctions against defendant Jaswant Singh for failure to comply with this court's order.  ECF No. 28.  Defendant is reminded that Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party."  In addition, Local Rule 230(i) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions.  Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

　　　　Also calendared for hearing on July 13, 2016 are plaintiff's motions for default judgment against defendant Preet Mehra and for summary judgment against defendant Jaswant Singh.

1

ECF Nos. 30, 31.  Because it does not appear oral argument would be of material assistance, these motions will be submitted on the briefs.  E.D. Cal. L.R. 230(g).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant Singh shall file opposition, if any, to the motion for sanctions (ECF No. 28) no later than June 22, 2016.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and entry of the relief requested.

2. Defendant Singh shall file opposition, if any, to the motion for summary judgment (ECF No. 30) no later than June 24, 2016.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in entry of summary judgment against defendant Singh.

3. The hearing date of July 13, 2016 on plaintiff's motions for default judgment against defendant Preet Mehra and for summary judgment against defendant Jaswant Singh (ECF Nos. 30, 31) is vacated and the motions are submitted on the briefs.

Dated:  June 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-singh0173.sop