UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

JASWANT SINGH, et al.,

        Defendant.

No. 2:15-cv-0173 CKD PS

ORDER

        Calendared for hearing on December 7, 2016 is a judgment debtor exam for defendant Preet Mehra.  By order filed November 1, 2016, the judgment debtor exam scheduled for November 30, 2016 was continued to the December 7 hearing date and plaintiff was instructed to serve a copy of the minute order on the judgment debtor.  Because no proof of service of the order was filed on the docket, the courtroom deputy of the undersigned contacted plaintiff's counsel on November 28, 2016 and inquired as to the status of service of the order.  The chambers of the undersigned was advised by the Clerk's Office that the judgment debtor appeared on November 30, 2016 for the judgment debtor exam, informing the Clerk's Office that the order continuing the exam had never been served on defendant.

        Plaintiff's delay of over a month in serving the order, and in failing to advise the judgment debtor that the hearing had been continued, has caused unnecessary hardship to the judgment debtor.  The hearing set for December 7, 2016 will therefore be vacated.  The judgment debtor

1

exam will be reset only upon a showing that plaintiff's counsel has coordinated a date for the exam with the judgment debtor.

Accordingly, IT IS HEREBY ORDERED that the judgment debtor exam set for December 7, 2016 is vacated. The exam shall be reset only upon a showing of coordination of the date between plaintiff and the judgment debtor.

Dated: December 1, 2016

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-singh0173. jde.vac