UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No.: 2:15-cv-00173-CKD |
| Plaintiff, | **ORDER ON REQUEST FOR CONTINUANCE OF DEBTOR'S EXAMINATION** |
| v. | |
| **Jaswant Singh,** et al., | |
| Defendants. | Date: 12/26/18<br>Time: 10:00 am<br>Courtroom: 24 |

## **ORDER**

Having read the foregoing request, and good cause appearing, it is hereby ORDERED that the Debtor Examination RE: Enforcement of Judgment of Jaswant Singh is continued to 12/26/18 at 10:00 am in Courtroom 24, 8th floor, 501 I Street, Sacramento, CA.

IT IS SO ORDERED.

Dated: September 19, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on request to continue Debtor's Exam        -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(Proposed) Order on request to continue Debtor's Exam     -2-