# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Jaswant Singh,** et al., <br><br> Defendants. | Case: 2:15-cv-00173-CKD <br><br> **[PROPOSED]** ORDER ON REQUEST TO VACATE DEBTOR EXAM <br><br> Date: 12/26/18 <br> Time: 10:00 am <br> Courtroom: 24 |

## ORDER

Having read the foregoing Request and good cause appearing therefore, it is hereby ordered that the Judgment Debtor Exam for Jaswant Singh, scheduled for 12/26/18 is vacated.

Dated: December 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order on Request to Vacate Exam